| | |
|---|---|
| 1 | MacCONAGHY & BARNIER, PLC |
| | JOHN H. MacCONAGHY, SBN 83684 |
| 2 | JEAN BARNIER, SBN 231683 |
| | 645 First St. West, Suite D |
| 3 | Sonoma, California 95476 |
| | Telephone: (707) 935-3205 |
| 4 | Facsimile: (707) 935-7051 |
| | Email: macclaw@macbarlaw.com |

Attorneys for Plaintiff
JANINA M. HOSKINS, Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 11-31416 HLB |
| ARTLOAN FINANCIAL | ) | (Chapter 7) |
| SERVICES, INC. | ) | |
| | ) | |
| Debtor. | ) | AP No. 12-3078 HLB |
| _____ | ) | |
| | ) | **PLAINTIFF'S STATUS** |
| JANINA M. HOSKINS, Trustee | ) | **CONFERENCE STATEMENT** |
| in Bankruptcy of the Estate of | ) | |
| ARTLOAN FINANCIAL SERVICES, INC. | ) | |
| | ) | Hearing Date: 6/19/2013 |
| Plaintiff, | ) | Time: 3:30 p.m. |
| | ) | Courtroom 23 – Hon. Hannah L. |
| | ) | Blumenstiel |
| | ) | |
| | ) | |
| RAY PARKER GAYLORD, aka ERNEST | ) | |
| RAY PARKER; ANTHONY BARREIRO; | ) | |
| WIEGEL LAW GROUP, A | ) | |
| PROFESSIONAL CORPORATION; | ) | |
| WIEGEL & FRIED, LLP; ANDREW J. | ) | |
| WIEGEL and CLIFFORD FRIED | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

/ / /

Plaintiff Janina M. Hoskins, Trustee in Bankruptcy of the Estate of Artloan Financial Services, Inc., hereby submits this status conference statement:

**PLEADINGS**

The case is "at issue." All parties have answered the Second Amended Complaint, and contrary to the representations of Defendant Wiegel Law Group at the prior status conference, no cross complaint has been filed.

**DISCOVERY**

Most documentary discovery has been completed. Seven depositions have been completed, and Plaintiff believes that another 5-10 percipient witnesses will be deposed prior to trial. Extensive expert discovery will be required.

**JURY DEMAND/JURISDICTION**

Defendants Gaylord, Barreiro, and Wiegel Law Group, PLC have filed timely jury demands, and the claims against the Wiegel Defendants are non-core. There is little doubt that this Court lacks jurisdiction to render final judgment in this action in view of *Stern v. Marshal*. However, Plaintiff believes that it is appropriate for the Court to retain jurisdiction over all pretrial matters up through the time the case is ready to be set for trial per *In re Healthcentral.com,* 504 F.3d 775, 780-781 (9th Cir. 2007) .

**SETTLEMENT**

Plaintiff is currently engaged in productive settlement discussions with Defendants Gaylord and Barreiro. Settlement with the Wiegel Defendants appears highly unlikely.

**FURTHER PROCEEDINGS**

Plaintiff submits that expert witness discovery and pretrial disclosures should be completed in this Court prior to withdrawal of the reference to District Court. Plaintiff suggests that following schedule:

10/1/2013 Initial Expert Disclosures Due;

11/1/2013 Rebuttal Expert Disclosures Due;

| | | |
|---|---|---|
| 1 | 11/1/2013 | Non-expert discovery cut off; |
| 2 | 12/1/2013 | Pretrial Disclosures Due; |
| 3 | 12/1/2013 | Deadline to file Motions for Summary Judgment; |
| 4 | 1/15/2014+/- | Final pretrial/status conference prior to District Court transfer and hearing date for any Motions for Summary Judgment. |

Dated: June 12, 2013

Respectfully submitted,

MACCONAGHY & BARNIER, PLC

 /s/ John H. MacConaghy
John H. MacConaghy
Attorneys for Plaintiff Janina M. Hoskins,
Trustee in Bankruptcy