KAUFMAN DOLOWICH VOLUCK & GONZO LLP
HSIAO C. (MARK) MAO, ESQ. SBN 236165
Email: mmao@kdvglaw.com
ELIZABETH WILLIAMS, ESQ. SBN 92374
Email: ewilliams@kdvglaw.com
JONATHAN BLACK, ESQ. SBN 280421
Email: jwblack@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Defendants WIEGEL LAW GROUP, PLC
(erroneously sued as "WIEGEL LAW GROUP, APC")
and Andrew J. Wiegel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re,<br><br>ARTLOAN FINANCIAL SERVICES INC,<br><br>   Debtor, | Case No.: 11-31416HLB<br>(Chapter 7)<br><br>AP No. 12-3078<br><br>**WIEGEL LAW GROUP, PLC AND ANDREW J. WIEGEL'S JOINT STATUS CONFERENCE STATEMENT** |
| JANINA M. HOSKINS, Trustee<br>In Bankruptcy of the Estate of<br>ARTLOAN FINANCIAL SERVICES, INC.<br><br>   Plaintiff.<br><br> v.<br><br>RAY PARKER GAYLORD, aka ERNEST RAY PARKER; ANTHONY BARREIRO; WIEGEL LAW GROUP, A PROFESSIONAL CORPORATION; WIEGEL & FRIED, LLP; ANDREW J. WIEGEL; and CLIFFORD FRIED. | Date: June 19, 2013<br>Time: 3:30 p.m.<br><br>Courtroom 23 – Hon. Hannah L. Blumenstiel<br><br>**JURY TRIAL DEMANDED** |

Defendants WIEGEL LAW GROUP, PLC ("WLG") and ANDREW J. WIEGEL (together the "Defendants") hereby jointly submit this status conference statement:

**PLEADINGS**

Plaintiff filed her Second Amended Complaint ("SAC") on April 1, 2013. The SAC eliminated Defendant Andrews Kurth, LLP from these proceedings while adding Andrew J. Wiegel and Clifford Fried as individual defendants. Defendants recently answered, and timely demanded a trial by jury.

**DISCOVERY**

Defendants have noticed 5 additional depositions, and propounded additional written discovery on Plaintiff. Steven McVay, another ArtLoan "insider," recently received an adverse judgment (in May 2013) for business schemes similar to what is alleged by Plaintiff in this case against defendants Ray Parker Gaylord and Tony Barreiro, who were all insiders of ArtLoan. Defendants are in the process of conducting additional third party discovery on these transactions.

**JURY DEMAND/JURISDICTION**

Due to the growing complexity of this case, that this case is "non-core" and set for a jury trial, and to preserve judicial efficiency and the parties' resources, Defendants have concurrently filed with this status conference statement a motion for the case to be transferred to the District Court where the case is to be tried.

**SETTLEMENT**

Plaintiff and Defendant WLG have attempted mediation but were unsuccessful.

**FURTHER PROCEEDINGS**

Defendants anticipate the following motions in the next three months:

- Due to the growing complexity of this case, that this case is "non-core" and set for a jury trial, and to preserve judicial efficiency and the parties' resources, Defendants have concurrently filed with this status conference statement a motion for the case to be transferred to the District Court where the case is to be tried.

- Defendants, along with defendant Wiegel & Fried LLP and newly added defendant Clifford Fried, will be filing a motion for summary judgment and/or adjudication.

//

- Defendants may need to file a motion to compel against Mr. McVay, for his previous failure to produce responsive documents in response to subpoena.

DATED: June 12, 2013      **KAUFMAN DOLOWICH & VOLUCK LLP**

/s_____
Hsiao C. (Mark) Mao
Elizabeth Williams
Jonathan W. Black
Attorneys for Defendant WIEGEL LAW GROUP, PLC

# PROOF OF SERVICE

*Artloan Financial Services, Inc., Debtor*
*Janina M. Hoskins, trustee for Artloan Financial Services, Inc. v.*
*Ray Parker Gaylord, aka Ernest Ray Parker; Anthony Barreiro;*
*Wiegel Law Group, APC; Wiegel & Fried LLP; Andrews Kurth LLP*
U.S. Bankruptcy Court, Northern District, Case No.: 11-31416, AP No. 12-3078

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On the execution date below and in the manner stated herein, I served the following documents:

• **WIEGEL LAW GROUP, PLC AND ANDREW J. WIEGEL'S JOINT STATUS CONFERENCE STATEMENT**

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

MacConaghy & Barnier, PLC
  Attn: John H. MacConaghy, Esq.
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com
    Attorney for Plaintiff Janina M. Hoskins, trustee in bankruptcy of the estate of ArtLoan Financial Services, Inc.

Bretton C. Gerard
Attorney at Law
111 W. Spring Valley Road, Suite 250
Richardson, Texas 75081
Tel.: (214) 373.7788
Fax: (214) 373.7783
Cell: (214) 384.8963
Email: bgerard@bfsnlaw.com *or* brettongerard@gmail.com
    Attorneys for Defendants Ray Parker Gaylord aka Ernest Ray Parker and Anthony Barreriro

Wiegel Law Group, PLC
414 Gough, Second Floor
San Francisco, CA 94102
Telephone: (415) 362-0449
Email: jaian@macdonaldlawsf.com
    Attorneys for Defendant Wiegel & Fried, LLP

Clifford Fried
Fried & Williams LLP

| | |
|---|---|
| 1 | 480 9th Street |
| 2 | Oakland, CA 94607 |
| | Tel: (510) 625-0100 |
| 3 | Fax: (510) 550-3621 |
| | Email: cfried@friedwilliams.com |
| 4 |     Attorneys for Defendant Wiegel & Fried, LLP |

[X]    ELECTRONIC TRANSMISSION  Based on court order --or- agreement of the parties, I caused the foregoing documents to be served electronically to the parties' email address(es) of record as listed above.

[X]    BY MAIL  I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]    BY FED EX  I caused such envelope(s) to be placed for FedEx collection and delivery at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[X]    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 12, 2013, at San Francisco, California.

*(signed)* Lea Vaughn

4852-1454-7220, v. 1