**FRIED & WILLIAMS LLP**
Clifford E. Fried, Esq. SBN 118288
480 9th Street
Oakland, CA 94607
Telephone: (510) 625-0100
Facsimile: (510) 550-3621
Email: cfried@friedwilliams.com

Attorneys for Defendant Clifford Fried
and Wiegel & Fried, LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re,<br><br>ARTLOAN FINANCIAL SERVICES INC,<br><br>Debtor,<br><br>---<br><br>JANINA M. HOSKINS, Trustee In Bankruptcy of the Estate of ARTLOAN FINANCIAL SERVICES, INC.<br><br>Plaintiff.<br><br>v.<br><br>RAY PARKER GAYLORD, aka ERNEST RAY PARKER; ANTHONY BARREIRO; WIEGEL LAW GROUP, A PROFESSIONAL CORPORATION; WIEGEL & FRIED, LLP; ANDREW J. WIEGEL; and CLIFFORD FRIED | Case No.: 11-31416HLB<br>(Chapter 7)<br><br>AP No. 12-3078<br><br>**AMENDED PROOF OF SERVICE** |

# PROOF OF SERVICE

*Artloan Finanical Services, Inc., Debtor*
*Janina M. Hoskins, trustee for Artloan Financial Services, Inc. v.*
*Ray Parker Gaylord, aka Ernest Ray Parker; Anthony Barreiro;*
*Wiegel Law Group, APC; Wiegel & Fried LLP; Andrews Kurth LLP*
U.S. Bankruptcy Court, Northern District, Case No.: 11-31416, AP No. 12-3078 HLB

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 480 9th Street, Oakland, CA 94607. On the execution date below and in the manner stated herein, I served the following documents:

- **DEFENDANTS CLIFFORD E. FRIED AND WIEGEL & FRIED, LLP'S FRCP RULE 26 DISCLOSURES**

on all interested parties in this action by placing [ ] the original or [ ] a true copy of the original thereof enclosed in sealed envelopes addressed [X] emailed addressed, as follows:

MacConaghy & Barnier, PLC
   Attn: John H. MacConaghy, Esq.
645 First St. West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com
   Attorney for Plaintiff Janina M. Hoskins, trustee in bankruptcy of the estate of ArtLoan Financial Services, Inc.

Duane Morris LLP
   Attn: James C. Krieg, Esq.
One Market Plaza, Spear Street Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3000
Email: JKrieg@duanemorris.com
   Attorneys for Defendant Andrews Kurth LLP

Bretton C. Gerard
Attorney at Law
111 W. Spring Valley Road, Suite 250
Richardson, Texas 75081
Tel.: (214) 373-7788
Fax.: (214) 373-7783
Cell: (214) 384-8963
Email: bgerard@bfsnlaw.com *or* brettongerard@gmail.com
   Attorneys for Defendants Ray Parker Gaylord aka Ernest Ray Parker and Anthony Barreriro

Kaufman Dolowich Voluck & Gonzo LLP
Hsiao C. (Mark) Mao, Esq. SBN 236165
Email: mmao@kdvglaw.com

Case: 12-03078   Doc# 156   Filed: 06/17/13   Entered: 06/17/13 16:35:12   Page 2 of 3
PROOF OF SERVICE

| | |
|---|---|
| 1 | Elizabeth Williams, Esq. SBN 92374 |
| | Email: ewilliams@kdvglaw.com |
| 2 | Jonathan Black, Esq. SBN 280421 |
| 3 | Email: jwblack@kdvglaw.com |
| | 425 California Street, Suite 2100 |
| 4 | San Francisco, CA 94104 |
| | Tel.: (415) 926-7600 |
| 5 | Fax: (415) 926-7601 |
| 6 | |
| 7 | Wiegel Law Group |
| | 414 Gough Street |
| 8 | San Francisco, CA, 94102 |
| | Telephone: (415) 552-8230 |
| 9 | Email: Andrew@wiegellawgroup.com |

10  [ ]   BY MAIL   I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Oakland, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[X]   ELECTRONIC TRANSMISSION   Based on court order-or-agreement of the parties, I caused the foregoing documents to be served electronically to the parties' email address(es) of record as listed above.

[ ]   WITH CERTIFICATE OF MAILING   A certificate of mailing was obtained from the United States Post Office evidencing the mailing referenced above.

[ ]   BY FED EX   I caused such envelope(s) to be placed for FedEx collection and delivery at San Francisco, California. I am readily familiar with the firm's practice of collection and processing correspondence for FedEx mailing. Under that practice it would be deposited with the FedEx office on the same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the FedEx delivery date is more than one day after date of deposit with the local FedEx office, pursuant to this affidavit.

[X]   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2013, at Oakland, California.

_____
Daniel Chin